| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* SACR03-00040-AHS |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 05-10034 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central California | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Alicemarie H. Stotler | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| TANNOUS, Michael Yacoub | | | |

**OFFENSE**

18 USC 2113(a): Bank Robbery

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Central____ DISTRICT OF ____California____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____District of Massachusetts____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 1/13/05 | **ALICEMARIE H. STOTLER** |
|---|---|
| Date | *United Sates District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| Feb 11, 2005 | William G. Young |
|---|---|
| *Effective Date* | *United States District Judge* |